UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-22867
Ebony D. Davidson  )
  )  Chapter: 13
  )  Honorable David D. Cleary
  )
Debtor(s)  )

## ORDER MODIFYING PLAN

THIS CAUSE COMING TO BE HEARD on Debtor's Motion to Modify Plan, the court having found notice having been given all creditors and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Debtor's payment is raised to $590.00 for the remainder if the plan;

IT IS FURTHER ORDERED that any existing default is hereby deferred to the end of her plan.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: April 20, 2020

**Prepared by:**

Zalutsky & Pinski, Ltd.
111 W. Washington, Suite 1550
Chicago, IL 60602
(312) 782-9792